**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

APRIL MARTIN                                                                                   PLAINTIFF

v.                                    NO.  4:05CV00434 GH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment will be entered affirming the decision of the Commissioner and dismissing Plaintiff's case, with prejudice.

IT IS SO ORDERED this 9th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE